IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Peggy Ann Eubanks,            Case No. 3:09cv1345

    Plaintiff(s)

v.            ORDER

Commissioner of Social Security,

    Defendant(s)

    No objection having been filed and on de novo review, it is hereby

    Ordered that the Report and Recommendations be, and the same hereby is granted. The Court confirms the Commissioner's decision.

    So Ordered.

                                                           S/ James G. Carr
                                                          United States District Court